UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 17-2275 and 17-2361

_____

ROBERT WALL; LINDA WALL,
Husband and Wife,

Appellants in 17-2361

v.

*CORONA CAPITAL, LLC;
ALTIUM GROUP, LLC

ALTIUM GROUP, LLC,

Appellant in 17-2275

*(Withdrawn per Court's order dated 6/21/2018)

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civ. No. 2-16-cv-01044)
Honorable Mark A. Kearney, District Judge

_____

SUR PETITION FOR PANEL REHEARING

_____

BEFORE: HARDIMAN, KRAUSE, and GREENBERG, Circuit Judges

The petition for panel rehearing is granted to the extent that the citation

to Reaves Brokerage Co. v. Sunbelt Fruit & Vegetable Co, on page 11 of the

slip opinion is amended to the end that the case is shown as being in the 5th Circuit rather than the 3d Circuit.  The petition is otherwise denied.

By the Court,

s/ Morton I. Greenberg
Circuit Judge

Dated:  December 28, 2018
JK/cc:  All Counsel of Record